Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 16 PM 12: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: __'08 MJ 0135__

The person charged as __Roberto Carlos D. Rangel__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Nevada__

with __Violation of Conditions of Pretrial Release__, in

violation of __Title 18, USC, Section 3148(b)__

_____.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __1/16/08__.

_M. Catherine Klawiter_

M. Catherine Klawiter, Special Agent, FBI
(Name)
~~Deputy United States Marshal~~

Reviewed and Approved:
Dated: __1/16/08__

_signature_
Assistant United States Attorney

# United States District Court

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

ROBERTO CARLOS D. RANGEL

## WARRANT FOR ARREST

CASE NUMBER: CR-N-00-58-DWH RAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERTO CARLOS D. RANGEL
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ PRETRIAL RELEASE ~~Probation~~ Violation Petition

charging him or her with (brief description of offense) VIOLATIONS OF CONDITIONS OF PRETRIAL RELEASE

in violation of Title __18__ United States Code, Section(s) __3148(b)__

WAYNE JULIAN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

6/19/2001, RENO NV
Date and Location

Bail fixed at $ __NO BAIL__ by __HONORABLE DAVID W. HAGEN, USDJ__
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

HOWARD J. ZLOTNICK
United States Attorney
DANIEL G. BOGDEN
Assistant United States Attorney
100 W. Liberty, Suite 600
Reno, NV 89501
(775) 784-5438

FILED
01 JUN 19 PM 12:16

## UNITED STATES DISTRICT COURT
### District of Nevada

UNITED STATES OF AMERICA, )
   Plaintiff, )
      v. )
ROBERTO CARLOS D. RANGEL, )
   Defendant. )

Case No. CR-N-00-58-DWH-RAM

PETITION FOR ACTION
ON CONDITIONS OF
PRETRIAL RELEASE

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Mary Kathryn Baker, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged and I concur in the recommended action requested of the Court.

Dated this 18th day of June, 2001.

KATHRYN E. LANDRETH
United States Attorney

By Daniel G. Bogden
Assistant U. S. Attorney

PS H(R/RR

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ROBERTO CARLOS D. RANGEL                Docket No. CR-N-00-58-HDM

Petition for Action on Conditions of Pretrial Release

COMES NOW Mary Kathryn Baker, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant ROBERTO CARLOS D. RANGEL, who was placed under pretrial release supervision by the Honorable Valerie P. Cooke sitting in the Court at Reno, on April 11, 2000, under the following conditions:

1. Pretrial Services supervision;
2. reside with brother, Carlos Rangel (changed 1/30/01 to sister at 2004 Tammy Lane, Selma, CA, 93662);
3. refrain from use or possession of illegal drugs;
4. submit to drug testing;
5. participate in substance abuse treatment;
6. participate in home incarceration component of home confinement program; and,
7. subject to warrantless search of person, residence, and/or vehicle as directed by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant is in violation of the following conditions of release.
1) Comply with all requirements of home confinement program; and,
2) Reside at 2204 Tammy Lane, Selma, CA, 93662.

PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR VIOLATION OF PRETRIAL RELEASE CONDITIONS PURSUANT TO 18 USC 3148(b).

ORDER OF COURT

Considered and ordered this 19TH day of June, 2001 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

Respectfully,

_____
Mary Kathryn Baker
U.S. Pretrial Services Officer

Place: Reno, NV

Date: June 18, 2001

UNITED STATES OF AMERICA
v.
DUANE RANDALL
CR-N-00-113-ECR-VPC

## VIOLATION OF PRETRIAL RELEASE CONDITIONS

1) **Comply with all requirements of home confinement program.** On Sunday, June 17, 2001, the defendant removed his transmitter and left his residence.

2) **Reside at 2204 Tammy Lane, Selma, CA, 93662.** Pretrial Services in Fresno, California, contacted Mr. Rangel's sister who stated that he told her he had a court hearing and would not be returning. His current whereabouts are unknown.

Mr. Rangel is currently scheduled for sentencing on July 31, 2001.